UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

vs.                                                         Case No: 8:05-cr-352-T-23TBM

**CIPRIANO JOSE HENRY MARTINEZ and
MIGUEL ENRIQUE SINCLAIR CHRISTOPHER**
_____/

**O R D E R**

_____The Defendant is in the custody of the United States Marshal. The Court has been advised that he is in need of medical attention and/or prescribed medication while in custody.

It is therefore ORDERED that:

(1)   The defendant shall receive immediate medical attention at the place of incarceration and shall receive all currently prescribed medications unless discontinued by a physician.

DONE and ORDERED at Tampa, Florida, this 22nd day of August, 2005.

MARY S. SCRIVEN
United States Magistrate Judge

Copies to:
all counsel of record
U.S. Pretrial Services
U.S. Marshal